**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Brian King, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hanuman, L.L.C. d/b/a Dakota Inn, | ) | Case No. 4:12-cv-046 |
| | ) | |
| Defendant. | ) | |

On September 25, 2013, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties' stipulation (Docket No. 17). The above-entitled action is **DISMISSED** with prejudice and without further costs to either party.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court